IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER COPPINS, <br><br> Plaintiff <br><br> VS. <br><br> EDWARD H. BURNSIDE, <br> ALEXIS E. L. CHASE, <br> SANDRA ABRAMS, and <br> CALVIN RAMSEY, <br><br> Defendants | NO. 5:10-CV-193 (CAR) <br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION

Plaintiff **CHRISTOPHER COPPINS** has filed a "Motion for Issuance of Preliminary Injunction." Tab #3. He requests that the Court "enjoin [defendants] from committing the acts and omissions of interfering with and denying plaintiff's medical surgical procedures/treatment, directing them to facilitate immediately the process for plaintiff to receive the necessary surgical procedures/treatment."

Injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. *Cunningham v. Adams*, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. *Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983). After a careful review of plaintiff's motions for injunctive relief in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction.

Accordingly, IT IS RECOMMENDED that plaintiff's motion be **DENIED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may file written objections to this RECOMMENDATION with the Clerk of court directed to the district judge assigned to this case, **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 8th day of JUNE, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE